## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV3679                                                                 Purchased/Filed: May 9, 2007

STATE OF NEW YORK      UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT

---

|  |  |
|---|---|
| Janet Rizzuto | Plaintiff |
| against |  |
| Louis Public Company Limited, et ano | Defendant |

---

STATE OF NEW YORK  
COUNTY OF ALBANY     SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 1, 2007_____, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Case and Complaint

on _____Group Voyagers, Inc._____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___38___   Approx. Wt: ___145___   Approx. Ht: ___5'5"___  
Color of skin: ___White___   Hair color: ___Blonde___   Sex: ___F___   Other: _____

Sworn to before me on this  
__4th__ day of _____June, 2007_____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704743

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**